



FILED

MAR 15 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  Melissa B. Baloian, SBN 232602
   Attorney at Law
2  2950 Mariposa Street
   Fresno, CA, 93721
3  Telephone: (559) 352-2331
   MBaloian.law@gmail.com
4

5  Attorney for Defendant Joseph Cornell Whitfield

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-MJ-00147-EPG; 1:22-CR-293- JLT |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF MELISSA BALOIAN AS ATTORNEY OF RECORD AND ORDER THEREON** |
| JOSEPH CORNELL WHITFIELD, | |
| Defendant. | |

On September 28, 2022, Defendant Joseph Whitfield initially appeared for a violation of supervised release. CJA Panel Attorney Melissa Baloian was appointed as trial counsel to represent Mr. Whitfield in 1:22-MJ-00147 (1:22-CR-293-JLT) in his criminal case. Mr. Whitfields's case was concluded by a probation modification on November 20, 2022. The trial phase of Mr. Whitfield's criminal case has, therefore, come to an end. Having completed her representation of Mr. Whitfield, CJA attorney Melissa Baloian now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Whitfield require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

1  Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

2  (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

3  Dated: March 10, 2023                                      Respectfully submitted,

5                                              /s/Melissa B. Baloian
                                               Melissa B. Baloian,
6                                              Attorney for Defendant, Joseph Whitfield

## ORDER

Having reviewed the notice and found that attorney Melissa Baloian has completed the services for which he was appointed, the Court hereby grants attorney Melissa Baloian's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Joseph Whitfield at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Joseph Whitfield
4921 Elysium Street
Bakersfield, CA 93304

**IT IS SO ORDERED**

Dated: 3/15/23

Erica P. Grosjean
United States Magistrate Judge