IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:22-CR-00293-1-JLT |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| JOSEPH CORNELL WHITFIELD, | ) | |
| Defendant. | ) | |

 The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

 IT IS HEREBY ORDERED that Victor Nasser be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 12, 2025, in place of the Federal Defender Organization.

 This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

DATED: 2/14/2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge