MICHELE BECKWITH
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00293-JLT |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: February 20, 2025 |
| JOSEPH WHITFIELD, | TIME: 2:30 P.M. |
| Defendant. | COURT: Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a preliminary hearing on February 20, 2025.

2. Newly appointed defense counsel Victor Nasser spoke with the Defendant on February 18, 2025.

3. The Defendant no longer wishes to assert his right to have a preliminary hearing. Rather, he wishes to waive his right to a preliminary hearing and set a status conference.

4. The parties have engaged in plea negotiations and are hopeful that a resolution can be reached.

5. By this stipulation, initiated jointly by the Government and Defense Counsel, the parties

1  stipulate that the preliminary hearing set for February 20, 2025 be waived and a status conference be set
2  on March 4, 2025, at 2:30 PM, to allow time for defense review of the discovery, to conduct an
3  investigation of these charges, to review and discuss the resolution of the defendant's state charges, and
4  to have more informed settlement discussions.  Because this case involves a pending supervised release
5  petition, no exclusion of time is necessary.
6       IT IS SO STIPULATED.
7  ///
8  ///

9  Dated:  February 19, 2025        MICHELE BECKWITH
10       Acting United States Attorney

11       /s/ LUKE BATY
12       LUKE BATY
         Assistant United States Attorney
13

14 Dated:  February 19, 2025        /s/ VICTOR NASSER
15       VICTOR NASSER
         Counsel for Defendant
16       JOSEPH WHITFIELD

**ORDER ON STIPULATION**

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing be VACATED and a status conference be set on March 4, 2025, at 2:30 PM.

IT IS SO ORDERED.

Dated:   **February 19, 2025**

UNITED STATES MAGISTRATE JUDGE