**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq.  SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorney for Defendant
Joseph Cornell Whitfield

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-CR-00293-JLT |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD AND ORDER** |
| JOSEPH CORNELL WHITFIELD, | |
| Defendant. | |

      On February 06, 2025, Defendant Joseph Cornell Whitfield was arraigned on a petition for violation of supervised release.  CJA Panel Attorney Victor Nasser was appointed as trial counsel to represent Mr. Whitfield on February 18, 2025, in his criminal case.  Mr. Whitfield was sentenced pursuant to a plea agreement on May 12, 2025.  No direct appeal was filed.  Mr. Whitfield was in custody at sentencing. The trial and violation of supervised release phase of Mr. Whitfield's criminal case has, therefore, come to an end. Having completed his representation of Mr. Whitfield, CJA attorney Victor Nasser is now moving to terminate his appointment under the Criminal Justice Act.

      Should Mr. Whitfield require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 21, 2025                                    Respectfully submitted,


                                                        /s/ VICTOR NASSER
                                                        Victor Nasser, Esq.
                                                        Attorney for Defendant
                                                        Joseph Cornell Whitfield

## ORDER

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Joseph Cornell Whitfield at the following address and to update the docket to reflect Defendant's pro se status and contact information.

USP – ATWATER
1 FEDERAL WAY
ATWATER, CA 95301

**IT IS SO ORDERED**


Dated: July 21, 2025                                    UNITED STATES DISTRICT JUDGE